IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
JAN - 9 2008
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. **2:08-CR-3-WKW** |
| | ) | [21 USC § 841(a)(1); |
| | ) | 18 USC § 924(c)(1)] |
| JAMAAR TAYLOR | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

That on or about the 25th day of April, 2007, in Lowndes County, within the Middle District of Alabama, the defendant,

JAMAAR TAYLOR,

did knowingly and intentionally distribute approximately 2.91 grams of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

That on or about the 29th day of July, 2007, in Lowndes County, within the Middle District of Alabama, the defendant,

JAMAAR TAYLOR,

did knowingly and intentionally posses with intent to distribute approximately 15 grams of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

That on or about the 29th day of July, 2007, in Lowndes County, within the Middle District of Alabama, the defendant,

## JAMAAR TAYLOR,

did knowingly use and carry a Glock, Model 19, 9x19 semi-automatic pistol during and in relation to a drug trafficking crime as described in Count 1 herein, and did possess said firearm in furtherance of the drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1).

## FORFEITURE ALLEGATION

A.	Counts 1 through 3 of this indictment are hereby repeated and incorporated herein by reference.

B.	Upon conviction for the violation as alleged in Count 3 of this indictment, the defendant,

## JAMAAR TAYLOR,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

Glock, Model 19, 9 x 19 semi automatic pistol.

C.	If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)	cannot be located upon the exercise of due diligence;

(2)	has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

A TRUE BILL:

*[signature]*
FOREPERSON

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
John T. Harmon
Assistant United States Attorney

*[signature]*
Kent B. Brunson
Assistant United States Attorney

3