IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:08-CR-03-WKW |
| | ) | |
| JAMAAR TAYLOR | ) | |

**ORDER**

For good cause, it is

ORDERED that the pretrial conference presently set on March 17, 2008, at 1:00 p.m. be and is hereby RESET to **March 14, 2008, at 1:00 p.m.**, in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly.

Done this 17th day of January 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE