IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | |
| | ) | 2:08-cr-03-WKW |
| JAMAAR TAYLOR | ) | |

## **ORDER**

On March 13, 2008, the defendant filed a motion to suppress (Doc. # 14), which was set for a hearing on April 3, 2008, before the Magistrate Judge. At the hearing, the defendant entered a guilty plea pursuant to a plea agreement. Accordingly, it is ORDERED that the motion to suppress is DENIED as moot.

DONE this 15th day of April, 2008.

                                            /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE