IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | |
| | ) | 2:08-cr-03-WKW |
| JAMAAR TAYLOR | ) | |

## **ORDER**

Upon consideration of the government's Motion to Strike Forfeiture Allegation (Doc. # 30), and for good cause shown, it is ORDERED that the motion is GRANTED, and the Forfeiture Allegation is hereby stricken from the indictment returned January 9, 2008.

DONE this 17th day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE