IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:08-cr-03-WKW |
| ) | |
| JAMAAR TAYLOR ) | |

### ORDER

It is ORDERED that the sentencing hearing set for **July 10, 2008, at 9:00 a.m.,** will now be held in Courtroom **2F** of the Frank M. Johnson, Jr., U. S. Courthouse, One Church Street, Montgomery, Alabama.

DONE this 3rd day of July, 2008.

      /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE